IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL RAY KING**                                                                                  **PLAINTIFF**

v.                              Case No. 4:20-cv-00333 KGB-JJV

**LAFFETT WOODS, JR.,** *et al.*                                                                **DEFENDANTS**

**ORDER**

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 8). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice plaintiff Michael Ray King's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 25th day of January, 2021.

Kristine G. Baker
United States District Judge