IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL RAY KING**                                                                              **PLAINTIFF**

v.                                    Case No. 4:20-cv-00333 KGB-JJV

**LAFFETT WOODS, JR.,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Michael Ray King's complaint is dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 25th day of January, 2021.

_____
Kristine G. Baker
United States District Judge